THE UNION BANK et al., Appellants, *v.* FREDERICK A. SHER-WOOD, Respondent, Impleaded with Others.

(Argued February 7, 1900; decided March 27, 1900.)

APPEAL, by permission, from so much of a judgment of the Appellate Division of the Supreme Court in the fourth judicial department as affirms that part of a judgment dismissing the complaint as to the defendant Frederick A. Sherwood, entered upon a decision of the court on trial at an Equity Term.

*John Van Voorhis* for appellants.

*William F. Cogswell* and *M. H. McMath* for respondent.

Judgment affirmed, with costs, upon the opinion in *Commercial Bank and Menzo Van Voorhis* v. *Frederick A. Sherwood, Impleaded, etc.* (162 N. Y. 310).

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

ELIZABETH LAIBLE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with Another.

*Laible* v. *N. Y. C. & H. R. R. R. Co.*, 13 App. Div. 574, affirmed.
(Argued March 5, 1900; decided March 27, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 9, 1897, sustaining the plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division after a nonsuit at a Trial Term, and granting a new trial.

*Albert H. Harris* for appellant.

*William S. Jenney* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.